IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DAY & ZIMMERMANN NPS, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 3:15-cv-01416 (VAB) <br><br><br><br> Filed: November 27, 2017 |

## JOINT MOTION TO APPROVE CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendant Day & Zimmermann NPS, Inc. jointly move, through the undersigned counsel, that this Court approve the attached Consent Decree, which has been signed and approved by the parties. The Consent Decree states that the Court shall retain continuing jurisdiction to enforce its provisions.

WHEREFORE, the parties jointly request that the Court grant the motion.

Respectfully submitted,

**For Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**

*/s/ Sara Smolik*
Sara Smolik (phv04536)
Senior Trial Attorney
Boston Area Office
John F. Kennedy Federal Building
Room 475
Boston, MA 02203-0506
(617) 565-3207
(617) 565-3196 (f)
sara.smolik@eeoc.gov

Rosemary DiSavino (phv08369)

1

Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Two Gateway Center, Suite 1703
283-289 Market Street
Newark, N.J. 07102
(973)645-6430
rosemary.disavino@eeoc.gov

**For Defendant**
**DAY & ZIMMERMANN, NPS, INC.**

*/s/ Stephen P. Rosenberg*
Stephen P. Rosenberg (CT26601)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
203-974-8700
203-974-8799 (fax)
sprosenberg@littler.com

Kimberly J. Gost (PHV07836)
William J. Simmons (PHV07845)
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267-402-3000
267-402-3131 (fax)
kgost@littler.com
wsimmons@littler.com
Attorneys for Defendant
Day & Zimmermann NPS, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on November 27, 2017 I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

                                    /s/ *Sara Smolik*
                                    Sara Smolik